# EXHIBIT C

In order to obviate any concerns regarding confidentiality issues, the Exhibits to this Affidavit are being tendered by hand delivery to the Chambers of Magistrate Judge Homer for tentative filing under seal pursuant to the May 17, 2010 Order of Hon. David R. Homer.