**EXHIBIT K**

# Nathan Sabourin

| | |
|---|---|
| **From:** | Joey Costyn <Jcostyn@fordharrison.com> |
| **Sent:** | Friday, August 13, 2010 7:28 PM |
| **To:** | Michael Wallender; Nathan Sabourin |
| **Cc:** | Philip Davidoff |
| **Subject:** | CONFIDENTIAL- profit calculation |
| **Attachments:** | Atlanta-513406-v1-Bennett v. Sterling Planet  spreadsheet showing profit for sales claimed by Plaintiff.XLS |

Michael,

   Per our discussion on Wednesday, attached is a revised chart showing profit for each sale.  Profit was calculated by subtracting supply cost from sale revenue, and additionally subtracting any brokerage fee that was related to the transaction.  This document is designated as "Confidential" pursuant to the Stipulation and Protective Order.   Let me know if you have any questions,

Joey

Joseph M. Costyn
Ford & Harrison LLP
271 17th Street, NW
Suite 1900
Atlanta, GA 30363
Direct Dial: (404) 888-3811
Cell Phone: (404) 512-1858
Fax:  (404) 888-3863
jcostyn@fordharrison.com
www.fordharrison.com

The information contained in this message from Ford & Harrison LLP and any attachments are confidential and intended only for the named recipient(s). If you have received this message in error, you are prohibited from copying, distributing or using the information. Please contact the sender immediately by return email and delete the original message and attachments.

Under U.S. Treasury regulations, we are required to inform you that any advice contained in this e-mail or any attachment hereto is not intended to be used, and cannot be used, to avoid penalties imposed under the Internal Revenue Code.

For additional information, please visit our web site at www.fordharrison.com.