# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

___

**KELLY BENNETT**

**Plaintiff**

vs.                                             CASE NUMBER: 1:09-CV1176 (ATB)

**STERLING PLANET, INC.**

**Defendant**
___

**JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that the jury found in favor of Plaintiff and against Defendant on Plaintiff's claim for stock, and awarded Plaintiff 25,000 shares of stock in Sterling Planet Holdings, Inc..

**IT IS FURTHER ORDERED AND ADJUDGED** that the jury finds no cause as to Plaintiff's claim against Defendant for damages for commissions, as detailed in the Jury Verdict.

All of the above pursuant to the Jury Verdict rendered on June 28, 2012 before the Honorable Magistrate Judge Andrew T. Baxter.

DATED: August 2, 2012

*[signature]*
Clerk of Court

s/ Melissa Ennis
Melissa Ennis, Deputy Clerk